**George M. Reiber**
**Chapter 13 Trustee**
**3136 Winton Road South**
**Rochester NY 14623**
**(585) 427-7225**

Rec # 7716
$18.85
11/29/10

November 23, 2010

*Paul R. Warren, Clerk of Court United States Bankruptcy Court, WDNY*
*1220 U.S. Courthouse, Bankruptcy Division*
*100 State Street*
*Rochester, NY 14614*

Re: Jeffrey C & Amy J Schmidt; BK #05-22157

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $18.85. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or** the funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Jeffrey & Amy Schmidt | $18.85 | Debtor Refund |



FILED NOV 29 2010 BANKRUPTCY COURT ROCHESTER, NY

/s/_____
George M. Reiber, Trustee